

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00017-CR

Hector Enrique **LARA-SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR3039
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 12, 2023.

_____
Patricia O. Alvarez, Justice